IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| PATRICK LEE BONE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 5:17-cv-1403-RDP-JEO |
| ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

This is a habeas corpus action filed pursuant to 28 U.S.C. § 2254 by Petitioner Patrick Lee Bone, an Alabama state prisoner acting *pro se*. (Doc. 1). Bone is incarcerated at the Elmore Correctional Facility in Elmore, Alabama. He is serving a 10-year sentence imposed in March 2016 by the Circuit Court of Madison County, Alabama, following his conviction on a charge of possession of marijuana in the first degree. (*Id.* at 1, 2).

On August 23, 2017, the court entered an order directing Bone, within 30 days, either to pay the applicable filing fee of five dollars ($5.00) or to file an application for leave to proceed *in forma pauperis* ("IFP"). (Doc. 2). After Bone failed to comply, the court entered an another order on October 10, 2017, requiring Bone to show cause by October 24, 2017, why the action should not be dismissed for want of prosecution. (Doc. 3). Alternatively, the order allowed that Bone

might pay the filing fee or file an IFP application by that date. (*Id.*) Bone, however, has failed to file a response to the show-cause order, pay the filing fee, or file an IFP application as ordered. In consideration of the foregoing, this habeas corpus action is due to be dismissed for want of prosecution. A separate final order will be entered.

Signed this ___2nd___ day of November, 2017.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE